UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARTHA SCOTT

  -vs-                                                                     Civil No. 3:02CV1539(EBB)

TOWN OF MONROE AND
TOWN OF EASTON

## JUDGMENT

This action came on for consideration on defendants' motions to dismiss before the Honorable Ellen Bree Burns, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions and on February 27, 2004, a Ruling on Defendants' Motions to Dismiss entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 2nd day of March, 2004.

                                                                       KEVIN F. ROWE, CLERK

                              By        /s/
                                          Melissa Ruocco
                                          Deputy Clerk

EOD: _____